# First District Court of Appeal
## State of Florida

_____

No. 1D18-4229
_____

BRENDA LEE MONROE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Levy County.
Aymer L. Curtin, Judge.

October 30, 2019


PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Justin Karpf, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.